**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| EPICERIE CIGAR RETAIL SHOP LLC, | : | |
| | : | Case No. 26-cv-1360 |
| Plaintiff, | : | |
| | : | State Court Case No. CL26-2555 |
| v. | : | |
| | : | Removed from the Circuit Court of |
| CASCADES STATION LLC; and | : | Loudoun County, Virginia |
| BEMOBILE, INC., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF REMOVAL**

Pursuant 28 U.S.C. §§ 1332, 1441 and 1446, Defendant BeMobile, Inc. ("BeMobile")

hereby removes this action from the Circuit Court of Loudoun County, Virginia, to the United

States District Court for the Eastern District of Virginia, Alexandria Division. In support of

removal, BeMobile states as follows:

**STATE COURT ACTION**

1.      On or about April 10, 2026, Plaintiff Epicerie Cigar Retail Shop LLC ("Plaintiff"),

filed a Complaint in the Circuit Court of Loudoun County, Virginia, captioned *Epicerie Cigar*

*Retail Shop LLC v. Cascades Station LLC, et al.*, Case No. CL26-2555 ("State Court Action"). A

copy of the Complaint, together with all other processes, pleadings, and orders served upon

BeMobile, is attached as Exhibit A.

2.      Plaintiff served summons and the Complaint on BeMobile on April 20, 2026. Upon

information and belief, Plaintiff served Defendant Cascades Station LLC ("Cascades Station")

with summons and the Complaint on or about April 20, 2026.

3.     BeMobile has not answered or otherwise pled in response to the Complaint in the State Court Action. Cascades Station also has not answered or otherwise pled in response to the Complaint in the State Court Action.

## DIVERSITY JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and all defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs, and all other requirements for removal have been satisfied.

5.     Plaintiff is a Virginia limited liability company with its principal place of business in North Carolina. *See* Compl. ¶ 1.

6.     Cascades Station is a Delaware limited liability company with its principal place of business in Ohio. *See* Compl. ¶ 2. Upon information and belief, Cascades Station is a citizen of Ohio for diversity purposes.

7.     BeMobile is a North Dakota corporation with its principal place of business in North Dakota. *See* Compl. ¶ 3. BeMobile is deemed a citizen of North Dakota for diversity purposes. *See* 28 U.S.C. § 1332(c)(1).

8.     Defendants are not citizens of Virginia or North Carolina for diversity purposes. Because Plaintiff is a citizen of Virginia, and all defendants are citizens of a state other than Virginia, complete diversity exists.

9.     Further, the minimum amount in controversy is met. For this purpose, "the sum demanded in good faith in the initial pleading shall be deemed the amount in controversy." 28 U.S.C. §1446(c)(2). Plaintiff seeks more than $2.5 million in damages. *See* Compl. ¶¶ 48–82;

Prayer for Relief ¶ G. Thus, the amount in controversy exceeds the $75,000 threshold, exclusive of interest and costs.

10.     Venue is also proper in this judicial district pursuant to 28 U.S.C. §§ 100, 1391, 1441(a) and 1446(a) because the Circuit Court of Loudoun County, Virgina, is a court of the Commonwealth of Virginia within the judicial district of the United States District Court for the Eastern District of Virginia.

11.     Pursuant Local Civil Rule 3(B)(1), the Alexandria Division is the proper division for removal because the Circuit Court of Loudoun County, Virgina, is located in this Division.

**PROCEDURAL COMPLIANCE**

12.     BeMobile timely removes this action pursuant to 28 U.S.C. § 1446(b) by filing this Notice of Removal within thirty days of service of summons and the Complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-356 (1999) (holding that thirty-day removal period is triggered by formal service).

13.     In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in this case to date in the State Court Action are attached as Exhibit A.

14.     In accordance with 28 U.S.C. § 1446(b)(2)(A), BeMobile's counsel consulted with counsel for Cascades Station, the only other defendant to the State Court Action, and Cascades Station's counsel advised that Cascades Station consents to removal.

15.     As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served on Plaintiff and filed in the State Court Action.

16.     Additionally, a copy of the Notice of Filing of Notice of Removal (without exhibits), the original of which BeMobile is contemporaneously filing with the Circuit Court of Loudoun County, Virginia, where the State Court Action was initiated, is attached as Exhibit B.

3

17.     By filing this Notice of Removal, BeMobile does not waive any defense that may be available and expressly reserves any and all such defenses.

18.     For these reasons, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action has been properly removed pursuant to 28 U.S.C. § 1446.

WHEREFORE, Defendant BeMobile, Inc. hereby removes this action to the United States District Court for the Eastern District of Virginia, Alexandria Division, and requests that this Court assume jurisdiction over the action.

Respectfully submitted,

Dated: May 20, 2026

/s/ Terrance A. Mebane
Mark R. Gaylord (*pro hac vice forthcoming*)
Constantinos G. Panagopoulos (VSB 33356)
Terrance A. Mebane (VSB 102242)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
gaylord@ballardspahr.com
cgp@ballardspahr.com
mebanet@ballardspahr.com

*Counsel for Defendant BeMobile, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2026, a true copy of the foregoing *Notice of Removal* was sent by electronic mail and first-class mail to the following:

Faisal Shawn Mughal
MAHDAVI, BACON, HALFHILL, & YOUNG, PLLC
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
*fsm@mbhylaw.com*

*Counsel for Plaintiff Epicerie Cigar Retail Shop LLC*

Alina Chernin
Andrew R. Stoll
Fox Rothschild LLP
2800 Kelly Road, Suite 200
Warrington, PA 18976
*achernin@foxrothchild.com*
*astoll@foxrothschild.com*

*Counsel for Defendant Cascades Station LLC*

/s/ Terrance A. Mebane
Terrance A. Mebane